# United States District Court
## For The Western District of North Carolina
## Charlotte Division

Johnnie Mae Robinson ,

    Plaintiff(s),　　　　　　　　　　JUDGMENT IN A CIVIL CASE

vs.　　　　　　　　　　　　　　　　　3:09cv88

Employment Security Commission of North Carolina ,

    Defendant(s).

DECISION BY COURT.  This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's October 23, 2009 Order.

                              Signed: October 23, 2009

                              Frank G. Johns, Clerk
                              United States District Court