IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:09-cr-00088-W

| | | |
|---|---|---|
| JOHNNIE MAE ROBINSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| NORTH CAROLINA EMPLOYMENT SECURITY COMMISSION, | ) ) | |
| | ) | |
| Defendant. | ) ) | |

THIS MATTER is before the Court on Plaintiff's Motion for Reconsideration (Doc. No. 28), filed December 3, 2009. After reviewing Plaintiff's motion, filed pro se, the Court concludes that Plaintiff has failed to provide sufficient reason to show error in the Court's earlier ruling to dismiss the Complaint. Moreover, Plaintiff's most recent filing contains little more than a recitation of the arguments she made earlier in response to the motion to dismiss. Because the Court sees no reason to reconsider its previous order, Plaintiff's motion is DENIED.

IT IS SO ORDERED.

Signed: December 7, 2009

Frank D. Whitney
United States District Judge